PEOPLE *v.* CHANDLER. Appeal from Wayne, Blair Moody, Jr., J. Submitted Division 1 July 6, 1971, at Grand Rapids. (Docket No. 10246.) Decided July 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Michael J. Farrug,* for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and HOLBROOK, JJ.

PER CURIAM. The defendant was convicted by a jury of uttering and publishing a forged instrument. MCLA § 750.249 (Stat Ann 1962 Rev § 28.446). He was sentenced to a term of 5 to 14 years in prison.

After examining the record, it is manifest that the question which the defendant seeks to have reviewed is so unsubstantial as to need no argument or formal submission.

Affirmed.